**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 16, 2012

**VIA ECF**
The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Quinteros v. MBI**
         **12 CV 2517 (WFK) (SMG)**

Dear Judge Kuntz:

I represent the plaintiff in the above matter.  While the parties appeared before Your Honor, we had an interesting discussion about the application of an older matter I believe against R.H. Macys concerning the imposition of a credit card transaction fee.  Your Honor directed the parties to research that case and address it in our motion papers. However, I have not been able to locate the said decision.

While I am not asking the Court for research assistance, I do want to comply with the Court's directive to the best of my ability and there respectfully request the citation of the decision.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:     Christian Browne, Esq.