```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
GLORIA QUINTEROS on behalf of herself
And all other similarly situated
consumers,
                                                    NOTICE OF APPEARANCE
                Plaintiff,
                                                    12-cv-2517
        -against-

MBI ASSOCIATES, INC.,

                Defendant(s).
-------------------------------------------x
```

S I R S:

PLEASE TAKE NOTICE THAT the defendant, MBI ASSOCIATES, INC., hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: April 17, 2014

```
                        /S/
                        _____
                        ARTHUR SANDERS, ESQ. (AS1210)
                        Attorneys for defendants
                        30 South Main Street
                        New City, NY  10956
                        845-499-2990
                        asanders@arthursanderslaw.com
```